IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60759
Conference Calendar
_____


TATIANA KEREMIDTCHIEVA;
ZVEZDOMIT P. KEREMIDTCHIEVA,,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA Nos. A 72 453 268/269
- - - - - - - - - -
August 18, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    Tatiana and Zvezdomit Keremidtchieva petition for review of

the Board of Immigration Appeals' decision dismissing their

appeal from the immigration judge's decision to deny Tatiana

Keremidtchieva's application for asylum and for a withholding of

deportation.  We have reviewed the record and the briefs and

determine that the Board's decision is supported by substantial

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

evidence.  See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.